1  MARK C. ZEBROWSKI (CA SBN 110175)
   mzebrowski@mofo.com
2  ARAMIDE O. FIELDS (CA SBN 239692)
   afields@mofo.com
3  SARA A. BRADLEY
   sbradley@mofo.com (CA SBN 292319)
4  MORRISON & FOERSTER LLP
   12531 High Bluff Drive
5  San Diego, California  92130-2040
   Telephone: 858.720.5100
6
7  Attorneys for Plaintiffs
   LEAP WIRELESS INTERNATIONAL, INC. AND
   CRICKET COMMUNICATIONS, INC.
8

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAP WIRELESS INTERNATIONAL, INC., a Delaware corporation, and CRICKET COMMUNICATIONS, INC., a Delaware corporation,<br><br>           Plaintiffs,<br><br>     v.<br><br>FLAT WIRELESS, LLC, a Texas limited liability company,<br><br>           Defendant. | Case No.  **'14CV0027 MMA RBB**<br><br>**PLAINTIFFS' DISCLOSURE STATEMENT**<br><br>**[FRCP RULE 7.1]** |

sd-633117

Case No. _____
Disclosure Statement

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Cricket Communications, Inc. and Leap Wireless International, Inc. (collectively, "Defendants") hereby disclose the following:

1. Cricket Communications, Inc. is a wholly owned subsidiary of Leap Wireless International, Inc. ("Leap");

2. Leap is a publicly traded company;

3. A proposed sale of Leap to AT&T was announced in July 2013;

4. Other than as indicated above, no publicly traded company owns 10% or more of the stock of Cricket; and

5. Leap further states that, based solely upon beneficial ownership information that has been filed with the Securities and Exchange Commission on Schedules 13D and 13G by beneficial owners of more than 10% of Leap common stock prior to the date hereof, Leap believes that the following two entities have voting and investment power with respect to more than 10% of the total Leap stock outstanding: (i) entities affiliated with MHR Fund Management, LLC, and (ii) Paulson & Co. Inc.

/ / /

1  Cricket does not undertake an obligation to update the shareholder
2  information, as such updating is not technically required by the Federal Rules of
3
4  Civil Procedure.
5
6  Dated: January 5, 2014          MARK C. ZEBROWSKI
7                                  ARAMIDE O. FIELDS
                                   SARA A. BRADLEY
8                                  MORRISON & FOERSTER LLP
9
10                                 By: /s/ Mark C. Zebrowski
                                       MARK C. ZEBROWSKI
11                                     MZebrowski@mofo.com

12                                     Attorneys for Plaintiffs
                                       LEAP WIRELESS
13                                     INTERNATIONAL, INC. AND
                                       CRICKET
14                                     COMMUNICATIONS, INC.

sd-633117