AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | |
|---|---|
| LEAP WIRELESS INTERNATIONAL, INC., a Delaware corporation, and CRICKET COMMUNICATIONS, INC., a Delaware corporaton )<br>*Plaintiff* )<br>v. )<br>FLAT WIRELESS, LLC, a Texas limited liability company )<br>)<br>*Defendant* ) | Case No. 3:14-cv-00027-JLS-RBB |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Flat Wireless, LLC

Date: January 16, 2014

_____
*Attorney's signature*

TERRY ROSS (CASB #58171)
*Printed name and bar number*

KEESAL, YOUNG & LOGAN
400 Oceangate; P.O. Box 1730
Long Beach, California 90801-173
*Address*

terry.ross@kyl.com
*E-mail address*

(562)436-2000
*Telephone number*

(562 436-7416
*FAX number*

AO-458